## UNITED STATES DISTRICT COURT
### Northern District of Alabama



**Sharon N. Harris**
**Clerk of Court**

**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **JOHN M. GRAHAM** was duly admitted to practice in said Court on **January 12, 1994**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on September 20, 2022.

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*
Shirley A. Williams, Deputy Clerk